WR-86,973-03
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/6/2017 4:33 PM
Accepted 10/6/2017 4:40 PM
DEANA WILLIAMSON
CLERK

Cause No. _____

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN COURT OF CRIMINAL |
| | § | |
| V. | § | APPEALS |
| | § | |
| ADAM REPOSA | § | STATE OF TEXAS |

RECEIVED
COURT OF CRIMINAL APPEALS
10/6/2017
DEANA WILLIAMSON, CLERK

## MOTION FOR LEAVE TO FILE AN APPLICATION FOR A WRIT OF HABEAS CORPUS

Pursuant to Texas Rules of Appellate Procedure, Relator moves this Court for an Order granting them leave to file their Application For a Writ of Habeas Corpus and establishing a schedule for briefing the issues to the Court.

Respectfully,

McKinley Melancon
SBN: 24084323